UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Armand R. Calhoun,<br><br>               Plaintiff,<br><br>v.<br><br>U.S. District Judge Benjamin H. Settle,<br><br>               Defendant. | NO: 3:21-CV-5081-RHW<br><br>**ORDER REJECTING PLAINTIFF'S FILING IN ECF NO. 7** |

Plaintiff, Armand Calhoun, has filed a one-page document under this case number whereby the named defendant has been changed and the caption reads "NEGLIGENCE, BREACH OF DUTY; VIOLATION OF ARTICLE 1 § 10 CL.3." ECF No. 7. The filing does not comport with the local civil rules for filing a pleading or motion, and Plaintiff's request to this Court is indecipherable. The case has been closed since April 15, 2021. Accordingly, the Court **REJECTS** the filing. It will not be considered by the Court.

**IT IS HEREBY ORDERED**:

1.    Plaintiff's notice, ECF No. 7 is REJECTED.

ORDER REJECTING ECF No. 7 ~ 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, **STRIKE ECF No. 7 from the docket**, and provide a copy to Plaintiff by email at armand_calhoun@yahoo.com and by mail at:

Armand R. Calhoun
Box 298, 1402 Auburn Way North
Auburn, WA 98002

**DATED** this **25th** day of **October, 2021**.

<i>s/ Robert H. Whaley</i>
Robert H. Whaley
United States District Court Judge*

---

* Sitting by Designation from the Eastern District of Washington

ORDER REJECTING ECF No. 7 ~ 2